No. 91–6633.  WILLIAMS v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 91–6661.  GIBSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 91–6666.  MOSCO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–6676.  ZAVESKY v. TOWN OF SCHERERVILLE, INDIANA, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–6693.  FISHER v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 91–6722.  KELLY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–6726.  PARMASAVAM v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6742.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6774.  BARNETT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6805.  BODRE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–6806.  SWAN ET UX. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6811.  DUNNICK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–6814.  FRAZIER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 91–6817.  DONOVAN ET AL. v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–6825.  DUNSON ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.